NO. 07-05-0009-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 8, 2005

_____

IN THE INTEREST OF M.N., K.S., AND B.R.S., JR., CHILDREN
_____

FROM THE 69TH DISTRICT COURT OF HARTLEY COUNTY;

NO. 4128-H; HONORABLE RON ENNS, JUDGE
_____

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

**MEMORANDUM OPINION**

On January 26, 2005, appellant filed a Motion to Dismiss Appeal signed by both appellant and appellant's attorney.

Accordingly, without passing on the merits of the case, appellant's Motion to Dismiss Appeal is granted and the appeal is hereby dismissed. Rule 42.1(a).

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Phil Johnson
Chief Justice